JOHN N. PRESTON, as Administrator of the Estate of
WILLARD G. PRESTON, Deceased, Appellant, *v.* PENN-
SYLVANIA RAILROAD COMPANY, Respondent.

*Preston* v. *Pennsylvania R. R. Co.*, 136 App. Div. 911, appeal
dismissed.

(Submitted January 6, 1919; decided January 14, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered December 23, 1914, *unani-
mously* affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial
Term, in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned through the
negligence of defendant.

The motion was made upon the ground that an appeal
did not lie as of right to the Court of Appeals and that
permission to appeal had not been obtained.

*Frank Rumsey* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.